**Dismissed and Memorandum Opinion filed November 22, 2016.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-16-00743-CV

---

## GEORGE JOSEPH ASSETS, LLC, AND THE ACKEL HEIRS (GEORGE ACKEL, III, ADAM A. ACKEL, ALANA ACKEL TALLO AND ALEXANDER ACKEL)., Appellants

### V.

## JERILYN LEA CHENEVERT, F/K/A JERILYN LEA ACKEL AND J CHENEVERT PROPERTIES, LLC, Appellees

---

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2013-06084**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 20, 2016. The notice of appeal was filed on October 18, 2016. To date, our records show that appellants have not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code Ann. § 51.207.

On October 25, 2016, this court ordered appellants to pay the appellate filing fee on or before November 4, 2016, or the appeal would be dismissed. Appellants have not paid the appellate filing fee.

Accordingly, the appeal is **DISMISSED**. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Brown.